UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DARYL WESLEY GARRISON,

       Petitioner,                              Case No. 1:04-cv-196

v                                          Hon. Wendell A. Miles

DAVID GUNDY,

       Respondent.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION


On May 17, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a

Report and Recommendation ("R & R") recommending that Daryl Wesley Garrison's petition

for writ of habeas corpus be denied.  Neither party has filed objections to the R & R.  The court,

having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees

with the  recommended disposition contained in the R & R.  Judgment will therefore be entered

accordingly.

      Entered this 15th day of August, 2006.


                                                    /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge