UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL WESLEY GARRISON,

    Petitioner,                                       Case No. 1:04-cv-196

v                                                      Hon. Wendell A. Miles

DAVID GUNDY,

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 15th day of August, 2006.

                                                                     /s/ Wendell A. Miles
                                                                     Wendell A. Miles
                                                                     Senior U.S. District Judge